**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(SOUTHERN DIVISION)**

| | | |
|---|---|---|
| **RICHARD GAVIN**<br>**262 Oak Landing Way**<br>**Severna Park, MD 21146** | * <br> * | |
| **Plaintiff** | * | **Case No.:** |
| **v.** | * | |
| **SANDRA GRADY**<br>**4609 Mill Park Drive**<br>**Glen Allen, VA 23060** | * <br> * | |
| **And** | * | |
| **Chick-fil-A, Inc.**<br>**5200 Buffington Rd**<br>**Atlanta, GA 30349-2998** | * <br> * | |
| **Serve On:**<br>**The Corporation Trust Incorporated**<br>**3451 West Camden Street**<br>**Baltimore, MD 21201** | * <br> * <br> * | |

* * * * * * * * * * * * *

## COMPLAINT

## I. FACTS

Richard Terrell Gavin, Plaintiff, by his attorneys, Paul J. Weber, Mark Rosasco and Hyatt & Weber, P.A., sues Sandra Lee Grady and Chick-fil-A, Inc. and states:

1. Richard Gavin is a resident of Anne Arundel County, Maryland.

2. Sandra Grady is a resident of Henrico County, Virginia and employee, agent, or servant of Chick-fil-A, Inc.

3. Chick-fil-A is a company headquartered in College Park, Georgia, and conducts business throughout Maryland.

4. The accident occurred in Anne Arundel County, Maryland.

5. On August 15, 2007 Plaintiff Richard Gavin, was lawfully and carefully operating his motor vehicle on West Street, at or near the intersection with Somerville Road, in Annapolis, Maryland.

6. On August 15, 2007 Defendant Grady operated her vehicle on West Street at or near the intersection with Somerville Road, in Annapolis, Maryland.

7. On August 15, 2007 Defendant Grady made an improper lane change: turning left onto Somerville Road from the middle lane of West Street, and striking the Plaintiff's vehicle which was proceeding westbound on West Street in the left most travel lane.

8. On August 15, 2007 at the time of the accident, Defendant Grady was performing duties for Defendant Chick-fil-A.

## II. JURISDICTION AND VENUE

9. Jurisdiction of this Court arises pursuant to diversity, 28 U.S.C. 1332 as the matter is a civil case between Plaintiff and Defendants who reside in diverse states and the amounting in controversy exceeds $75,000.00.

10. Venue is appropriate in this Court under 28 U.S.C. § 1391 as Chick-fil-A engages in business throughout the state of Maryland and is subject to suit in the Southern District of Maryland.

## III. COUNT I: NEGLIGENCE

**Sandra Grady**

11. Plaintiff Richard Gavin adopts by reference the allegations and statements contained in paragraphs 1 through 10 of this Complaint with the same effect as if herein fully set forth.

12. Defendant Grady operated her motor vehicle in a careless, reckless and negligent manner in that she:

a. Failed to yield the right-of-way to the Plaintiff's vehicle;

b. Failed to reduce speed in time to avoid a collision;

c. Failed to maintain proper and adequate control of her motor vehicle;

d. Failed to keep a proper lookout for other vehicles lawfully upon the highway as to her prospective course of travel;

e. Failed to steer her motor vehicle in a manner and in time to avoid a collision;

f. Failed to observe due care and precaution for the safety of other vehicles and the occupants;

g. Operated, managed and controlled her motor vehicle in a careless and dangerous manner under the circumstances then and there existing;

h. Operated, managed and controlled her motor vehicle in a careless and dangerous manner when approaching the Plaintiff's vehicle;

i. Operated her vehicle at a speed excessive under the circumstances;

j. Failed to carefully change into the proper lane and observe proper caution prior to turning her vehicle onto Somerville Road, causing her vehicle to strike the Plaintiff's vehicle which was continuing westbound.

k. and in other respects said Defendant was negligent.

13. Defendant Grady owed Plaintiff Richard Gavin a duty of care to operate her vehicle in a proper fashion, and breached this duty of care by failing to operate her vehicle in a safe and proper manner.

14. Defendant Grady's negligence proximately caused Richard Gavin to suffer serious injuries to his right ankle and other areas of her body, and to suffer great mental anguish, loss of work, wages and property damage to his vehicle.

15. That as a further result of the negligence of Defendant Grady, Plaintiff Richard Gavin was caused to incur indebtedness to doctors, x-ray technicians and other medical specialists, for treatment of his injuries. Future medical expenses will be incurred and future lost wages.

16. That all of the foregoing injuries, damages and losses were the result of the carelessness, recklessness and negligence of Defendant Grady and were not, in any way, attributable to the Plaintiff Richard Gavin, who was at all times exercising due care, and was not in any way negligent or contributorily negligent either directly or indirectly.

WHEREFORE, Plaintiff Richard Terrell Gavin brings this suit against Defendant Sandra Lee Grady and demands Five Million Dollars ($5,000,000.00) in compensatory damages plus costs.

## IV. COUNT II: NEGLIGENCE

**Chick-fil-A**

17. Plaintiff Richard Gavin adopts by reference the allegations contained in paragraphs1 through 16 of this Complaint with the same effect as if herein fully set forth.

18. At all times mentioned herein, Defendant Grady was acting as the agent, servant, and/or employee of Defendant, Chick-fil-A.

19. On August 15, 2007, Defendant Grady was furthering the interests of Chick-fil-A at the time of the motor vehicle accident with Plaintiff.

20. Defendant Grady was searching for suitable locations for new restaurants.

21. Defendant Grady was in the course of her duties for Chick-fil-A, Inc. and was the employee, agent, and/or servant of Chick-fil-A at the time of her tort.

22. Defendant Chick-fil-A is therefore vicariously liable for the negligent actions of Defendant Grady.

WHEREFORE, Plaintiff Richard Terrell Gavin brings this suit against Defendant Chick-fil-A and demands Five Million Dollars ($5,000,000.00) in compensatory damages plus costs.

Respectfully submitted,

HYATT & WEBER, PA

Mark Rosasco (07470)
Paul J. Weber (03570)
200 Westgate Circle, Ste. 500
Annapolis, MD 21401
410-266-0626

*Attorneys for Plaintiff*