**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **RICHARD GAVIN** | * | |
| | * | |
| **Plaintiff** | * | |
| | * | **CASE NO. JFM10CV0385** |
| **v.** | * | |
| | * | |
| **SANDRA GRADY, *et al*** | * | |
| | * | |
| **Defendants** | * | |
| | * | |

## STATUS REPORT OF DEFENDANTS

Defendants John G. Worden d/b/a Chick-fil-A of Tuckernuck Plaza and Sandra L. Grady, file the following Status Report pursuant to the Court's Scheduling Order and state:

a. Discovery has been completed in this matter with the possible exception of the Defendant's deposition of the Plaintiff's expert, Edward S. Holt, M.D. The Defendant has been advised that the Plaintiff was recently scheduled to consult with his surgeon in part to decide precisely what future surgery will be performed. Depending on the answer to that question, which has not yet been provided, the Defendants may request the opportunity for a simple – no more than an hour – deposition of Dr. Holt.

b. No motions are pending.

c. Defendant John Worden will most likely file a motion for summary judgment seeking a ruling by this Court that as a matter of law he may not be held vicariously liable for the negligence of Sandra L. Grady.

d. This case is to be tried before a jury and the Defendants expect that it will take two days to complete.

e. The parties met on July 27, 2010 and at that time discussed a possible resolution of the case. The Defendants have received a demand letter from the Plaintiff and are formulating a response.

f. The Defendants believe that an ADR conference would be helpful. The parties are currently set for an October 4, 2010 conference with Magistrate Judge Gesner.

g. The Defendants would agree to have a magistrate judge preside at the trial of this case.

*/s/ Kevin M. Soper*
Kevin M. Soper (Bar #04895)
Moore & Jackson, LLC
305 Washington Avenue, Suite 401
Towson, MD 21204
410-583-5241
soper@moorejackson.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of August, 2010, a copy of the foregoing Status Report of Defendants was mailed, postage prepaid, to:

Mark Rosasco, Esquire
Paul J. Weber, Esquire
Hyatt & Weber, P.A.
200 Westgate Circle, Suite 500
Annapolis, MD 21401

*/s/ Kevin M. Soper*
Kevin M. Soper (Bar #04895)
Moore & Jackson, LLC
305 Washington Avenue, Suite 401
Towson, MD 21204
410-583-5241
soper@moorejackson.com
*Attorneys for Defendants*